**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-cv-01279-LTB-BNB

YOLANDA N. MONROY,

    Plaintiff,

vs.

CREDIT COLLECTION SERVICES GROUP, INC., a Georgia corporation,

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed July 26, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: September 17, 2007